**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02899-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LORI BOHNER,
DAVID BOHNER,
MINOR CHILD L. B., and
[MINOR CHILD] L. A. N.,

    Plaintiffs,

v.

STATE OF COLORADO,
CITY OF DENVER, COLORADO,
DENVER DEPARTMENT OF HUMAN SERVICES,
PENNY MAY,
DIANE GARRETT, aka BARBARA GARRETT,
AMY PACKER,
KRIS NEWLAND aka KRISTIE NEWLAND,
LAURA ECCLES, and
VINCENT CRESPIN,

    Defendants.

## ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

Plaintiffs, Lori and David Bohner (hereinafter also referred to as "Plaintiffs" or "the Bohners"), have submitted a Complaint (ECF No. 1) and a joint Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.

First, Plaintiffs lack standing to represent their minor children in this action.  *See*

*Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986) (per curiam).  Under Fed. R. Civ. P. 17(c) and 28 U.S.C. § 1654, a minor child "cannot bring suit through a parent acting as next friend if the parent is not represented by an attorney."  *Id.*; *accord Osei-Afriyie ex rel. Osei-Afriyie v. Medical College of Pa.*, 937 F.2d 876, 882-83 (3d Cir. 1991); *Cheung v. Youth Orchestra Found. of Buffalo, Inc.*, 906 F.2d 59, 61 (2d Cir. 1990).  Lori and David Bohner are not represented by an attorney.  Therefore, the Bohners may not represent their minor children in this action.

Plaintiffs will be directed to cure the following if they wishes to pursue their claims.  Any papers that the Plaintiffs file in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)  X   is not submitted: <u>Each Plaintiff must submit an individual § 1915 motion.</u>
(2)  __  is not on proper form (must use the court's current form)
(3)  __  is missing original signature by Plaintiffs
(4)  __  is missing affidavit
(5)  __  affidavit is incomplete
(6)  __  affidavit is not notarized or is not properly notarized
(7)  X   names in caption do not match names in caption of complaint, petition or application
(8)  X   other:  <u>Motions are necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint or Petition**:
(9)   __  is not submitted
(10)  X   is not on proper form (must use the court's current form)
(11)  __  is missing an original signature by the Plaintiffs
(12)  __  is incomplete
(13)  __  uses et al. instead of listing all parties in caption
(14)  X   names in caption do not match names in text
(15)  X   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  __  other:

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which Plaintiffs file in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that *each* Plaintiff shall obtain and complete the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that Plaintiffs shall obtain and complete the court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED November 6, 2012, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge