IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02899-LTB

LORI BOHNER,
DAVID BOHNER,
MINOR CHILD L.B., and
MINOR CHILD L.A.N.,

    Plaintiffs,

v.

STATE OF COLORADO,
CITY OF DENVER, COLORADO,
DENVER DEPARTMENT OF HUMAN SERVICES,
PENNY MAY,
DIANE GARRETT, aka BARBARA GARRETT,
AMY PACKER,
KRIS NEWLAND aka KRISTIE NEWLAND,
LAURA ECCLES, and
VINCENT CRESPIN,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 11, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 11 day of December, 2012.

                                 FOR THE COURT,

                                 JEFFREY P. COLWELL, Clerk


                                 By: s/ S. Grimm
                                     Deputy Clerk